BOARD OF PHARMACY OF THE STATE OF NEW JERSEY, PLAINTIFF, v. BENJAMIN R. FAUNCE, DEFENDANT.

---

BOARD OF PHARMACY OF THE STATE OF NEW JERSEY, PLAINTIFF, v. EDWARD L. STOCKTON, DEFENDANT.

Submitted January 27, 1928—Decided April 19, 1928.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the plaintiff, *Edward L. Katzenbach,* attorney-general.

For the defendants, *Robert Peacock.*

PER CURIAM.

These cases have been argued together. Both defendants were charged with the violation of section 2 of an act entitled "An act to regulate the practice of pharmacy in this state." 3 *Comp. Stat., p.* 3944.

The defendants were both convicted in the small cause court, but on appeal to the Common Pleas, that court granted a nonsuit.

We consider that the legal propriety of that action is fairly debatable, and a writ of *certiorari* is granted in each case.